IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIRSPACE SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-cv-1625 |
| AXON ENTERPRISE, INC. and DEDRONE HOLDINGS, INC., | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on Defendants Axon Enterprise, Inc. and Dedrone Holdings, Inc.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). It appearing to the Court that the Amended Complaint states a claim upon which recovery may be had, it is hereby

ORDERED that Defendants' Motion to Dismiss is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 10, 2025

1