# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AIRSPACE SYSTEMS, INC., § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AXON ENTERPRISE, INC., and § <br> DEDRONE HOLDINGS, INC., § <br> *Defendants.* § <br> § | CIVIL ACTION 1:24-CV-01625-CMH-LRV <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE REGARDING STATUS OF PENDING
## INTER PARTES REVIEW OF ASSERTED PATENTS

The Court's order granting Defendants' Motion to Stay Pending *Inter Partes* Review of Asserted Patents (ECF No. 61) ordered that the above-captioned matter is stayed "until September 15, 2025 or until the PTAB renders a decision on Defendants' petitions for IPR." *See* ECF No. 61 at 7. Defendants submit this Notice to inform the Court that the *inter partes review* ("IPR") petitions for U.S. Patent Nos. 10,713,959 (the "'959 Patent"), 10,514,711 (the "'711 Patent"), and 10,249,199 (the "'199 Patent") (collectively, the "Asserted Patents") are still pending. No Institution Decision has yet issued for any Asserted Patent. The Institution Decision Deadline for the '959 Patent is October 11, 2025, and the Institution Decision Deadline for both the '711 and '199 Patents is October 14, 2025. In accordance with the Court's order, the parties will further update the Court of the results of the Institution Decisions within seven business days of each Institution Decision. *See id.* at 8.

Dated: September 15, 2025

Respectfully submitted,

*/s/ Cailyn Reilly Knapp*
Cailyn Reilly Knapp (VA Bar No. 86007)
Thomas C. Martin (VA Bar No. 75159)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC 200001
Tel: (202) 639-7753
Fax: (202) 585-4070
Email: cailyn.reilly.knapp@bakerbotts.com
Email: tommy.martin@bakerbotts.com

Kurt Pankratz
Texas Bar No. 24013291
Harrison Rich
Texas Bar No. 24083730
Emily Deer
Texas Bar No. 24116352
BAKER BOTTS L.L.P.
2001 Ross Avenue
Suite 900
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503
Email: kurt.pankratz@bakerbotts.com
Email: harrison.rich@bakerbotts.com
Email: emily.deer@bakerbotts.com

Pamela B. Petersen
Arizona Bar No. 011512
Jake MacKay
Alabama Bar No. 9600-P97I
Axon Enterprise, Inc.
17800 N. 85th Street
Scottsdale, AZ 85255
Tel: (623) 326-6016
Fax: (480) 991-0791
Email: ppetersen@axon.com
Email: jmackay@axon.com
Email: legal@axon.com (secondary)

*Attorneys for Defendants Axon Enterprise, Inc. and Dedrone Holdings, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 15, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends a notification of electronic filing (NEF) to the following:

Craig C. Reilly (Va. Bar No. 20942)
THE OFFICE OF CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Tel.: (713) 549-5354
Fax: (713) 549-5355
Email: craig.reilly@ccreillylaw.com

Matthew D. Vella (*pro hac vice* pending)
Suhrid Wadekar (*pro hac vice* pending)
Nicholas W. Armington (*pro hac vice* pending)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: mvella@princelobel.com
Email: swadekar@princelobel.com
Email: narmington@princelobel.com

    Respectfully submitted,

    */s/ Cailyn Reilly Knapp*
    Cailyn Reilly Knapp (VA Bar No. 86007)
    BAKER BOTTS L.L.P.
    700 K Street N.W.
    Washington, DC 200001
    Tel: (202) 639-7753
    Fax: (202) 585-4070
    Email: cailyn.reilly.knapp@bakerbotts.com